Filing # 85470552 E-Filed 02/25/2019 05:40:46 PM

|  |  |
|---|---|
| | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
| THE SY-KLONE COMPANY, LLC, a Delaware limited liability company, ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: |
| LSM TECHNOLOGIES PTY LTD, an Australian limited partnership, ) ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff, The Sy-Klone Company, LLC, a Delaware limited liability company doing business as Sy-Klone International ("Sy-Klone"), sues Defendant, LSM Technologies Pty Ltd ("LSM"), an Australian company, and alleges:

1. This is an action seeking a declaration of rights and responsibilities under a dealer agreement and damages for breach of the dealer agreement and/or LSM's breach of implied covenants of good faith and fair dealing.

### Jurisdiction and Venue

2. Sy-Klone is a Delaware limited liability company with its principal place of business in Duval County, Florida.

3. LSM is a foreign entity with its principal place of business in Australia.

4. The amount in controversy exceeds $15,000, exclusive of interest, costs, and attorneys' fees.

5. This Court has personal jurisdiction over LSM, pursuant to Section 48.193, Florida Statutes, because LSM is engaged in substantial and not isolated activity within this state because LSM negotiated the agreement at issue in Florida, places orders on Sy-Klone's web-based portal administered in Florida, all shipments to LSM are F.O.B. Jacksonville, and LSM's payments are due in Jacksonville, Florida. Moreover, LSM has consented to the jurisdiction of the courts in the State of Florida.

### General Allegations

6. Sy-Klone is a global leader in the design, manufacturing, and distribution of air precleaning systems and solutions used in HVAC units and engines.

7. Sy-Klone distributes its products and solutions either directly or through a network of dealers.

8. The Sy-Klone Company and LSM entered into a Master Dealer Agreement (the "Agreement"), a copy of which is attached as Exhibit A. In or about March 2017, The Sy-Klone Company changed its name to Sy-Klone Holdings Incorporated and transferred all of its rights, title, and interest in the Agreement to the plaintiff.

9. Under, the Agreement, Sy-Klone appointed LSM as the sole Sy-Klone Master Dealer in Australia, New Zealand, PNG, Fiji, New Caledonia and the surrounding islands (the "Territory"), and granted LSM the nonexclusive right to sell and service Sy-Klone branded air precleaners and associated products in the Territory.

10. The Agreement required LSM to use its "best efforts" to promote the sale of Sy-Klone's products and:

> . . . to promptly attend to all inquiries, to solicit new business, and in all ways be active in promoting, selling, and servicing **Sy-Klone** Air Precleaners and air precleaning products and the **Sy-Klone** brand value throughout the Territory. . . . to conduct its performance under [the] Agreement in a manner designed to preserve and enhance the good will associated with the name and reputation of **Sy-Klone** and its products. . . .
>
> Agreement, ¶ 2.

11. As it relates to Sy-Klone's trademarks and tradenames, paragraph 16 of the Agreement required that Sy-Klone products be designated and identified as products of Sy-Klone, distinct and independent from LSM.

12. The Agreement prohibited LSM from directly or indirectly assisting or participating in the manufacture, sale, distribution or marketing of any products that are competitive with the products manufactured by Sy-Klone.

13. Sy-Klone developed over the course of almost ten years the RESPA CF 2 product line and made the product commercially available within the past two years. Compared to the previous product line, the RESPA-CF line, the RESPA CF 2 line provides significant improvements in reliability, durability and motor selection options.

14. Sy-Klone advised LSM that the RESPA CF 2 product line would be a central component of Sy-Klone's current and future product offerings and business plan.

15. Despite Sy-Klone's instructions, LSM unequivocally informed Sy-Klone that it was canceling the rollout in the Territory of the RESPA CF 2 product line and would not promote the RESPA CF 2 product line.

16. LSM has repeatedly refused to do business with certain companies within the Territory, including Forestaire and Lyons Airconditioning.

17. LSM also markets and sells its own Q-CABAIR air system technology that competes with Sy-Klone's products.

18. The combination of LSM's actions resulted in a significant disruption of business opportunities in the Territory market and a loss of market share for Sy-Klone. LSM's actions also damaged Sy-Klone's name and reputation, distorted market conditions, failed to maximize sales, and provided favorable opportunities for Sy-Klone's competitors—including LSM as a seller of its own competing products.

19. All conditions precedent to maintaining this action have been performed, have occurred, or have been waived.

## Count One
## (Breach of Contract)

20. Sy-Klone incorporates the allegations in paragraphs 1 through 19, above.

21. This is an action for breach of contract.

22. LSM has breached the Agreement by (i) unilaterally cancelling the distribution of the RESPA FC 2 product line; (ii) refusing to provide assistance to Sy-Klone to obtain a sample of the Forestaire device; (iii) selling products that compete with Sy-Klone products; and (iv) using Sy-Klone's trademarks and tradenames on the LSM website in a manner suggesting that LSM is the source of Sy-Klone products.

23. As a result of LSM's breaches of the Agreement, Sy-Klone has suffered damages including lost profits, lost business opportunities, and other costs and expenses.

24.   Sy-Klone has retained the undersigned law firm and has agreed to pay reasonable attorneys' fees in connection with prosecuting this action.

25.   Sy-Klone is entitled to recover its reasonable attorneys' fees pursuant to paragraph 21 of the Agreement.

WHEREFORE, The Sy-Klone Company, LLC demands judgment against LSM Technologies Pty Ltd for compensatory damages, consequential damages including lost profits, costs, interest, attorneys' fees, and such further relief as this Court deems just and proper.

## Count Two
### (Breach of Covenant of Good Faith and Fair Dealing)

26.   Sy-Klone incorporates the allegations in paragraphs 1 through 19, above.

27.   As an alternative to some of the alleged breaches identified in Count One, this is an action for breach of the implied covenant of good faith and fair dealing.

28.   Every contract, including the Agreement, includes an implied covenant of good faith and fair dealing. This covenant requires LSM to perform its obligations under the provisions of the Agreement in good faith and in accordance with the reasonable expectations of Sy-Klone.

29.   Sy-Klone performed all, or substantially all, of its material obligations under the Agreement.

30.   The Agreement does not expressly address whether LSM may promote some but not all of Sy-Klone's products.

31.   LSM materially breached the covenant of good faith and fair dealing by unilaterally cancelling the distribution of the RESPA FC 2 product line.

32. LSM's conduct failed to comport with the parties' reasonable contractual expectations under the Agreement.

33. LSM's actions were not the result of an honest mistake or bad judgment. Rather, they were conscious and deliberate acts that unfairly frustrated the purpose of the Agreement, thereby depriving Sy-Klone the benefit of the bargain.

34. As a result of LSM's breach of the implied covenant of good faith and fair dealing, Sy-Klone has suffered damages including lost profits, lost business opportunities, and other costs and expenses.

WHEREFORE, The Sy-Klone Company, LLC demands judgment against LSM Technologies Pty Ltd for compensatory damages, consequential damages including lost profits, costs, interest, and such further relief as this Court deems just and proper.

## Count Three
### (Declaratory Judgment)

35. Sy-Klone incorporates the allegations in paragraphs 1 through 19, 24, and 25, above.

36. This is an action for declaratory judgment pursuant to Chapter 86, Florida Statutes.

37. Paragraph 13 of the Agreement provides that:

> **Sy-Klone** shall have the right, upon written notice, to immediately terminate this Agreement if any of the following events occur: . . .
>
>> (6) Failure of the **Master Dealer** to fulfill or perform its sales and service obligations and conscientiously and diligently promote sales of **Sy-Klone** Air Precleaners and air precleaning products or failure to fulfill or perform any of

6

>**Master Dealer's** duties or responsibilities regarding the use of **Sy-Klone's** trade marks or trade names or any attempt to bind **Sy-Klone** in any way not expressly allowed by this Agreement.
>
>(7) Submission by the **Master Dealer** to **Sy-Klone** of any false reports, claims or other statements.

38. Sy-Klone terminated the Agreement by written notice dated February 22, 2019.

39. Sy-Klone seeks a declaration that LSM's breaches of the Agreement alleged herein constitute grounds for termination with cause.

40. There is a bona fide, actual, and present need for declaratory relief.

41. The declaration addresses a present, ascertained or ascertainable state of facts or present controversy as to a state of facts.

42. Sy-Klone's power, privilege, or rights under the Agreement are dependent upon the facts or the law applicable to the facts.

43. Sy-Klone and LSM have an actual, present, adverse, and antagonistic interest in the subject matter.

44. The relief sought is not merely the giving of legal advice on the answer to questions propounded for curiosity.

WHEREFORE, Sy-Klone prays that the Court enter a declaratory judgment declaring that LSM's breaches of the Agreement constitute grounds for termination with cause and awarding costs, attorneys' fees, and such further relief as the Court deems just and proper.

                        SMITH HULSEY & BUSEY

By:    /s/ *Patrick P. Coll*
      Patrick P. Coll
      Brandon A. Cook

Florida Bar Number 84670
Florida Bar Number 1010403
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
pcoll@smithhulsey.com
bcook@smithhulsey.com
jhigginbotham@smithhulsey.com

Attorneys for The Sy-Klone Company, LLC

01028032