UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE SY-KLONE COMPANY, LLC, a
Delaware limited liability company,

    Plaintiff,

v.                                                                Case No. 3:19-cv-446-J-39JBT

LSM TECHNOLOGIES PTY LTD, an
Australian limited partnership,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation for Entry of Order of Dismissal with Prejudice (Doc. No. 46; Stipulation) filed on March 5, 2020. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of March, 2020.

_____
BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record

- 2 -